THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ENRIQUE AGUILAR-VALENCIA,

           Petitioner,

    v.

UNITED STATES OF AMERICA,

           Respondent.

CASE NO. C18-0359-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Respondent to file an answer to Petitioner's 28 U.S.C. § 2255 petition ("Section 2255 Motion"). Finding good cause, the Court GRANTS the motion. (Dkt. No. 8). The Court ORDERS the following:

    (1)    Respondent shall file and serve its answer to Petitioner's Section 2255 Motion no later than July 23, 2018.

    (2)    As part of such answer, Respondent should state its position as to whether an evidentiary hearing is necessary, whether there is any issue as to abuse or delay under Rule 9, and whether Petitioner's motion is barred by the statute of limitations.

    (3)    On the face of the answer, Respondent shall note the answer for consideration on

MINUTE ORDER
C18-0359-JCC
PAGE - 1

1  the fourth Friday after it is filed, and the Clerk shall note the answer accordingly.

2      (4)    Petitioner may file and serve a reply to the answer no later than that noting date.

3      DATED this 18th day of April 2018.

4
                           William M. McCool
                           Clerk of Court

5

6
                           s/Tomas Hernandez
                           Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26