THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ENRIQUE AGUILAR-VALENCIA, | CASE NO. C18-0359-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's unopposed motion for additional time to file a reply to the Government's response to Petitioner's 28 U.S.C. section 2255 motion (Dkt. No. 15). Finding good cause, the Court GRANTS the motion (Dkt. No. 15). Petitioner shall file his reply to the Government's response (Dkt. No. 12) no later than October 22, 2018. The Clerk is DIRECTED to note Petitioner's 28 U.S.C. section 2255 motion (Dkt. No. 1) for October 22, 2018.

DATED this 23rd day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0359-JCC
PAGE - 1