THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENRIQUE AGUILAR-VALENCIA, | CASE NO. C18-0359-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's letter to the Court (Dkt. No. 19). Petitioner filed a letter in Spanish that appears to deal with his 28 U.S.C. section 2255 petition currently pending with the Court. (*See* Dkt. No. 1.) Defense Counsel is ORDERED to obtain and file an English translation of Petitioner's letter (Dkt. No. 19). The translation shall be completed by a court-certified interpreter and filed no later than November 2, 2018.

DATED this 23rd day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0359-JCC
PAGE - 1